1

ROBERT BREEZE #4278
Attorney for Defendant
402 East 900 South #1
Salt Lake City, Utah 84111
Telephone: (801) 322-2138
Facsimile: (801) 328-2554
E-Mail: robert.breeze@gmail.com

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH,

CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  02:08CR604 TC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REQUEST FOR DISCOVERY |
| | ) | |
| PAUL CASEY KREHBIEL, | ) | |
| | ) | |
| Defendant . | ) | |
| _____ | ) | Honorable Tena Campbell |

COMES NOW Defendant Paul Casey Krehbiel who hereby makes the following discovery request pursuant to Federal Rules of Criminal Procedure 16 and all other applicable rules and statutes:

1.   All statements of this Defendant, whether written, recorded or oral, the Government intends to offer into evidence at trial, any response by the Defendant to interrogation, the substance of any oral statements which the Government intends to introduce at trial and any written summaries of the Defendant's oral statements contained in the handwritten notes of the Government agent, any response to any *Miranda* warnings which may have been given to Defendant and any other statements by the Defendant that are discoverable under Federal Rule of Criminal Procedure 16(a)(1)(A).

2

2. A complete copy of Defendant's prior criminal record.

3. Defendant requests copies of all arrest reports, notes and dispatch or any other tapes that relate to the circumstances surrounding his arrest or any questioning. This request includes but is not limited to rough notes, records, transcripts or other documents in which statements of the Defendant or any other discoverable material is obtained.

4. An itemization of all documents and/or objects to be used at trial, which are material to the defense of this case, or which were obtained from Defendant.

5. All scientific reports and tests related to this case.

6. A list of each and every expert witness the Government intends to call in this matter, together with a summary of the testimony of said experts.

7. All *Jencks* Act material.

8. All evidence favorable to the Defendant which is under the control or available to the Government.

9. All evidence material to guilt or punishment pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963).

10. The criminal and arrest record of all witnesses the Government intends to call at trial.

11. All witness statements favorable to the Defendant, and all statements by witnesses which do not mention this Defendant.

12. Please identify all witnesses which have knowledge favorable to Defendant, whether or not the Government intends to call said witness at trial.

3

13. All evidence detracting from the credibility or probative value of evidence or testimony to be used by the Government at trial.

14. All evidence relating to felony convictions and crimes of dishonesty by any witness the Government intends to call at the trial of this matter.

15. Any evidence of bias or motive to lie or exaggerate regarding any witness the Government intends to call at trial of this matter.

16. The personnel files on all Government witnesses the Government intends to call at trial of this matter.

17. All exculpatory evidence.

18. Please provide a witness list with location information with respect to each and every witness the Government intends to call at the trial of this matter. Also please give a summary of the expected testimony of each witness referenced herein.

19. Please provide a list of all witnesses who have personal knowledge regarding any fact material herein which the Government does not intend to call at trial.

20. With regard to each Government witness the Government intends to call at the trial of this matter please provide any evidence of bias, drug habit, <u>psychiatric treatment</u>, monetary incentives, or offers of leniency or favorable treatment.

21. <u>Request for preservation of evidence</u>. The Defendant requests that all dispatch tapes or any other physical evidence that may be destroyed, lost, or otherwise put out of the possession, custody, or care of the Government which relates to the arrest, or the events leading to the arrest in this case be preserved.

4

It is hereby requested that the Government question all the agencies and individuals involved in the prosecution and investigation of this case to determine if such evidence exists, and if it does exist, to inform those parties to preserve such evidence.

22. Pursuant to Rule 404(b) of the Federal Rules of Evidence the Defendant requests that the prosecution provide notice pursuant to Rule 404(b) F.R.E. of its intent to use 404(b) evidence at trial and a description of the general nature of any such evidence it intends to introduce at trial.

23. The Defendant requests any evidence that any prospective Government witness has engaged in any criminal act, whether or not resulting in a conviction, and whether any witness has made any statements favorable to the Defendant.

24. The Defendant respectfully requests any evidence that any prospective witness is under investigation by Federal, State or local authorities for any criminal conduct.

25. The defense requests any evidence, including any medical or psychiatric report evaluation, tending to show that any prospective witness's ability to perceive, remember, communicate, or to tell the truth is impaired; and any evidence that a witness has ever used narcotics or other controlled substances or has ever been an alcoholic.

26. Defendant requests the name of any witness who made an arguably favorable statement concerning this Defendant.

27. The Defendant requests disclosure of any statement that may be "relevant to any possible defense or contention that he might assert".  This includes in particular any statement made by percipient witnesses about identification of the perpetrators of this offense in general.

28.     Pursuant to *Giglio v. U.S.*, 405 U.S. 150 (1972), the Defendant requests all statements and/or promises, express or implied made to any Government witness, in exchange for their testimony in this case and all other information which could arguably be used for the impeachment of any Government witnesses.

29.     Defendant requests copies of all police and/or investigative reports regarding the charge herein in the possession of or under the control of, the Government.

30.     Copies of search warrant, search warrant affidavit, reports, receipts and other documents, not previously provided.

Dated this 2 day of October, 2008.

<u>s/ Robert Breeze</u>
Robert B. Breeze
Attorney at Law

### CERTIFICATE OF MAILING

I hereby certify that I via E-filing delivered a copy of the foregoing to:

William K Kendall
Assistant United States Attorney
185 South State Street, Suite 400
Salt Lake City, Utah 84111

On this 2 day of October, 2008.

<u>s/ Robert Breeze</u>